1  PAUL HASTINGS LLP
   John P. Phillips (SB# 154412)
2  johnphillips@paulhastings.com
   Sean D. Unger (SB# 231694)
3  seanunger@paulhastings.com
4  55 Second Street
   Twenty-Fourth Floor
5  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
6  Facsimile:  (415) 856-7100
7
   Attorneys for Defendant
8  Samsung Telecommunications America, LLC
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12              WESTERN DIVISION – LOS ANGELES
13

14 | |
15 | DONG W. HAN, JINNA KANG on behalf of themselves and all others similarly situated, | Case No. CV 13-3823-GW(AJWx)
16 | | **ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND REQUEST FOR STAY**
17 | Plaintiff, |
18 | vs. |
19 | SAMSUNG TELECOMMUNICATIONS AMERICA LLC, et al., and DOES 1-10, inclusive, | Judge:   Hon. George H. Wu
20 | |
21 | |
22 | Defendants. |

1    Samsung Telecommunications America, LLC's ("Defendant") motion to
2    compel arbitration and request for stay is pending before the Court. (Dkt. No. 18.)
3    Having carefully considered the papers filed in support of and in opposition to the
4    instant motion, including the supplemental submissions of the parties (and
5    exhibits), and the oral argument of counsel, the Court rules as follows.

6    Based on the reasoning and findings stated in its Rulings of October 21, 2013
7    (Dkt. No. 29), December 16, 2013 (Dkt. No. 38), and January 30, 2014, the Court
8    **GRANTS** Defendant's motion and orders that (1) all of the claims between
9    Plaintiff Dong Han and Defendant in the instant action be individually arbitrated in
10   accordance with the express terms of the parties' written agreement; and (2) all of
11   the claims between Plaintiff Jinna Kang and Defendant in the instant action be
12   individually arbitrated in accordance with the express terms of the parties' written
13   agreement.

14   Because the arbitration agreement calls for individual arbitration of all of
15   Plaintiffs' claims in this action, Plaintiffs' class-based claims are dismissed with
16   prejudice. All proceedings in this matter are stayed pending completion of the
17   arbitration. 9 U.S.C. § 3.

18   **IT IS SO ORDERED**

20   DATED:__February 6, 2014

         _____
         HONORABLE GEORGE H. WU
         UNITED STATES DISTRICT JUDGE